# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALYSSA HUBER, ) ) **Plaintiff,** ) ) v. ) ) **TOM BLANCHARD and CAROL HOLT, d/b/a COUNCIL OF MOTORSPORTS CLUBS–ROCKY MOUNTAIN REGION, INC., and MICHAEL J. BAURES,** ) ) ) ) ) ) ) **Defendants.** ) ) | **7:03CV5027** **ORDER OF DISMISSAL** |

This matter is before the court on the plaintiff's MOTION TO DISMISS WITH PREJUDICE (#46). Being fully advised in the premises, the court finds that dismissal is appropriate. Pursuant to Fed. R. Civ. P. 41(a)(2),

**IT IS ORDERED:**

1. The MOTION TO DISMISS WITH PREJUDICE (#46) is granted.

2. This case is dismissed with prejudice as to each and every claim.

3. Each party shall pay its own costs and attorneys' fees unless otherwise agreed by the parties.

**DATED December 2, 2005.**

                                      **BY THE COURT:**

                                      **s/ F.A. Gossett**
                                      **United States Magistrate Judge**